IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

```
                                              FILED
                                    UNITED STATES DISTRICT COURT
                                          DENVER, COLORADO

                                            APR 06 2011

                                        GREGORY C. LANGHAM
                                                 CLERK
```

Civil Action No. 10-cv-02250-BNB

TROY ALLEN SHORT,

    Applicant,

v.

TRAVIS TRANNI, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED April 6, 2011, at Denver, Colorado.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02250-BNB

Troy Allen Short
Prisoner No. 134487
Buena Vista Correctional Complex
PO Box 2005
Buena Vista, CO 81211

   I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on April 6, 2011.

                              GREGORY C. LANGHAM, CLERK

                              By: _____
                                        Deputy Clerk