**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 10-cv-02250-REB

TROY ALLEN SHORT,

    Petitioner,

v.

TRAVIS TRANI, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER[1]

    The matter is before the court on the petitioner's **Motion To Change Named Respondents** [#34] filed April 7, 2011.  Respondent John Davis is substituted for the respondent initially named in this case, Travis Trani.  The caption of this case is amended to show the respondents as John Davis and The Attorney General of The State of Colorado.

    Dated: April 8, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.