**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 10-cv-02250-REB

TROY ALLEN SHORT,

    Applicant,

v.

TRAVIS TRANNI, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER FOR STATE COURT RECORD

**Blackburn, J.**

After preliminary consideration of the Application for a Writ of Habeas Corpus Filed Pursuant to 28 U.S.C. § 2254, it is

**IT IS ORDERED** as follows:

1. That **within thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in ***People v. Troy Allen Short***, District Court, Fremont County, Colorado, Case No. 05CR600, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims; and

2. That the Clerk of this Court is directed to send copies of this order to the following:

(1) Clerk of the Court
 Fremont County District Court
 136 Justice Center Rd.
 Canon City, Colorado 81212;

(2) Assistant Solicitor General
 Appellate Division
 Office of the Attorney General
 1525 Sherman Street
 Denver, Colorado 80203; and

(3) Court Services Manager
 State Court Administrator's Office
 101 W. Colfax, Ste. 500
 Denver, Colorado 80202.

DATED April 8, 2011, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge