**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 10-cv-02250-REB

TROY ALLEN SHORT,

    Petitioner,

v.

JOHN DAVIS, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER SETTING SHOW CAUSE HEARING

**Blackburn, J.**

    This matter is before the court *sua sponte.* On April 8, 2011, the court entered an order which required, *inter alia*, the respondents "to file an answer in compliance with Rule 5 of the Rules Governing Section 2254 Cases" within 30 days. *Order* [#38][1], p. 5. No answer was filed by the specified deadline. On May 16, 2011, the court entered an **Order To Show Cause** [#44] requiring the respondents to show cause why they should not be held in contempt of court based on their failure to file an answer as ordered by the court. To date, the respondents have not filed an answer and have not filed a response to the **Order To Show Cause** [#44].

    **THEREFORE, IT IS ORDERED** as follows:

    1) That on **Wednesday, July 13, 2011, at 3:00 p.m.** (mountain daylight time), the court **SHALL CONDUCT** a hearing on the **Order To Show Cause** [#44], filed May 16, 2011; and

---

[1] "[#38]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

2) That the respondents, John Davis and John Suthers, the Attorney General of the State of Colorado, **SHALL APPEAR** in person at the hearing.

Dated June 24, 2011, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge