**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 10-cv-02250-REB

TROY ALLEN SHORT,

    Petitioner,

v.

JOHN DAVIS, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

**ORDER DISCHARGING ORDER TO SHOW CAUSE
AND VACATING SHOW CAUSE HEARING**

**Blackburn, J.**

This matter is before the court on the respondents' **Motion To Reconsider and To Vacate the Hearing on the Order To Show Cause** [#50] filed June 29, 2011. Based on the representations made by the respondents and their counsel in their present motion, including the representation that an answer to the application will be filed in short order, the motion is granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the respondents' **Motion To Reconsider and To Vacate the Hearing on the Order To Show Cause** [#50] filed June 29, 2011, is **GRANTED**;

2. That the court's **Order To Show Cause** [#44] is **DISCHARGED**; and

3. That the show cause hearing currently set for Wednesday, July 13, 2011, is **VACATED**.

Dated June 30, 2011, at Denver, Colorado.

                                                      **BY THE COURT:**

                                                      */s/ Robert E. Blackburn*
                                                      Robert E. Blackburn
                                                      United States District Judge