**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 10-cv-02250-REB

TROY ALLEN SHORT,

    Petitioner,

v.

JOHN DAVIS, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

**MINUTE ORDER**[1]

---

    Pursuant to the court's **Order Denying Application For a Writ of Habeas Corpus** [#55][2] entered August 23, 2011, the following motions are **DENIED** as moot:

- Applicant's **Motion For Evidentiary Hearing** [#40] filed April 15, 2011; and

- Applicant's **Motion To Move Forward** [#45] filed June 22, 2011.

Dated:  August 23, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#55]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.